**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
OCT 09 2025
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **SUPERSEDING INDICTMENT NO. 25-55-S-DLB**

**CHESTER LEE HOLLOWAY**

* * * * *

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**18 U.S.C. § 922(g)(1)**

On or about December 14, 2024, in Boone County, in the Eastern District of Kentucky,

**CHESTER LEE HOLLOWAY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearm: a Glock 26 Gen 5, 9mm pistol, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

**<u>COUNT 2</u>**
**18 U.S.C. § 922(g)(1)**

On or about May 22, 2025, in Kenton County, in the Eastern District of Kentucky,

**CHESTER LEE HOLLOWAY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed the following firearm: a Taurus International, Model G3C, 9mm pistol, bearing serial number TLS54693, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **CHESTER LEE HOLLOWAY** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **CHESTER LEE HOLLOWAY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited included, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

a. a Taurus International, Model G3C, 9mm pistol, bearing serial number TLS54693; and

b. Assorted ammunition.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1–2:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.